**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  
Calvin Donnell Roseboro

SSN#: XXX-XX-6061

Case No.  16-40337

Chapter 13

**NOTICE TO ATTORNEY FOR DEBTOR**

Enclosed you will find a check payable to your Chapter 13 debtor client, representing a refund of unneeded money due the debtor(s) in this completed case.  These funds are being sent to you pursuant to our office policy.  Please contact our office if you have any questions concerning this money.

Dated:  11/30/2021

Steven G. Tate, Chapter 13 Trustee  
212 Cooper St  
Statesville, NC  28677-5856  
(704) 872-0068 | general@ch13sta.com

Enclosure(s)

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 11/30/2021.

J. Safley  
Office of the Chapter 13 Trustee

Robert H Lutz, Lutz Law Firm PLLC, 310-8 E Graham St, Shelby, NC  28150