**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br><br>Calvin Donnell Roseboro<br><br><br>DEBTOR(S) | CASE NO.  16-40337-jcw<br>CHAPTER 13 |

## RESPONSE TO TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT

NOW COMES, U.S. Bank Trust National Association, as Trustee of the FW-BKPL Series I Trust.  (hereinafter referred to as Creditor), by and through its attorneys, McMichael Taylor Gray, LLC and files this Response to Trustee's Motion to Deem Mortgage Current filed on November 30,2021, docket number 48.

1.     Creditor agrees that the amount required to cure the pre-petition delinquency as set forth in Creditor's claim a has been paid in full.

2.     Creditor disagrees that the account is current. The Debtor is due for September 1, 2021.

This 20th day of January, 2022.

/s/ Mark A. Baker
Mark A. Baker
NC Bar No. 32382
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:

Calvin Donnell Roseboro

DEBTOR(S)

CASE NO. 16-403374-jcw
CHAPTER 13

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Calvin Donnell Roseboro
102 Smarr Acres
Kings Mountain, NC 28086

**Via CM/ECF electronic service:**
Robert H. Lutz
Lutz Law Firm, PLLC
310-8 E. Graham Street
Shelby, NC 28150

Steven G. Tate
Standing Chapter 13 Trustee
212 Cooper Street
Statesville, NC 28086

This  20th day of January 20, 2022

/s/ Mark A. Baker_
Mark A. Baker
NC Bar No. 32382
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
7Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com