FILED & JUDGMENT ENTERED
Steven T. Salata

March 10 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **Calvin Donnell Roseboro**, ) | Chapter 13 |
| ) | Case No. 16-40337 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT

**THIS MATTER** is before the Court on the Trustee's Notice of Completion of Mortgage Arrearage Cure Payments and Motion to Deem Mortgage Loan Account Current (Doc. 48) (the "Motion"). U.S. Bank Trust National Association (the "Bank") filed a response (Doc. 53), and the Motion was set for hearing on January 28, 2022. However, on call of the matter on that date, the Bank did not appear. The hearing was continued to February 25, 2022; however, once again the Bank failed to appear and prosecute its response. In each instance, other parties incurred needless cost and delay. The Court will not impose sanctions this time, but the Bank and its counsel are warned: this Court expects parties to appear at hearings and prosecute their objections or else withdraw them well in advance of the hearing. It otherwise appearing that the Trustee's Motion is meritorious, the same is **GRANTED**.

**SO ORDERED**.

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court